Filed 5/16/13  P. v. Perez CA6

## NOT TO BE PUBLISHED IN OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SIXTH APPELLATE DISTRICT

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>LUIS CASTRO PEREZ,<br><br>    Defendant and Appellant. | H038022<br>(Monterey County<br>Super. Ct. No. SS061980) |

Defendant Luis Castro Perez was convicted of a variety of drug related offenses, and sentenced to state prison in 2007.  On January 17, 2012, defendant, acting in pro per, filed a "Motion to Correct Abstract of Judgment."  The trial court denied the motion and this timely appeal ensued.

On appeal, we appointed counsel to represent defendant in this court.  Appointed counsel filed an opening brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*) which states the case and the facts but raises no specific issues.  *Wende* review is only available in a first appeal of right.  (*People v. Serrano* (2012) 211 Cal.App.4th 496, 501 (*Serrano*).)  Because defendant's appeal is from an order after judgment seeking to correct the abstract of judgment, he is not entitled to *Wende* review.  Therefore, we will proceed with this appeal pursuant to the standards enunciated in *Serrano*.

Pursuant to *Serrano,* on March 14, 2013, we notified defendant of his right to submit written argument in his own behalf within 30 days. Thirty days have elapsed and we have received nothing from defendant.

The defendant having failed to raise any issue on appeal, we dismiss the appeal as abandoned. (*Serrano*, *supra*, 211 Cal.App.4th at p. 503-504.)

**DISPOSITION**

The appeal is dismissed as abandoned.

_____
RUSHING, P.J.

WE CONCUR:

_____
PREMO, J.

_____
ELIA, J.

2